UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOORA D. ALSARIAA,

                Plaintiff,

-*against*-

NEW YORK JUNIOR FOR TENNIS & LEARNING - PUBLIC SCHOOL 215,

                Defendants.

**ORDER**

24-cv-04902 (ER)

      Ms. AlSariaa submitted a letter requesting a discovery conference on August 19, 2025.

The Court directed Defendant to submit a response to Plaintiff's letter by August 25, 2025.

Defendant failed to abide by the Court's direction or otherwise request an extension.

      Defendant is hereby directed to submit a response to Plaintiff's letter by September 3, 2025.  **Failing to do so may result in sanctions.**

      SO ORDERED.

Dated:   August 29, 2025
           New York, New York

                                                Edgardo Ramos, U.S.D.J.