UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOORA D. ALSARIAA,

                Plaintiff,

       – *against* –

NEW YORK JUNIOR FOR TENNIS
& LEARNING – PUBLIC SCHOOL
215,

                Defendant.

**ORDER**

24-cv-04902 (ER)

RAMOS, D.J.:

      The Court held a case management conference on October 3, 2025, during which the parties discussed outstanding discovery issues.  Defendant is hereby directed to provide a status update to the Court by January 9, 2026.

It is SO ORDERED.

Dated:    January 5, 2026
           New York, New York

                                      EDGARDO RAMOS, U.S.D.J.