UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOORA D. ALSARIAA,

                    Plaintiff,

        – against –

NEW YORK JUNIOR FOR TENNIS
& LEARNING – PUBLIC SCHOOL
215,

                    Defendant.

**ORDER**

24-cv-04902 (ER)

RAMOS, D.J.:

        Plaintiff filed a notice of motion and motion for sanctions on August 19, 2025.

Doc. 31.  Upon reviewing the document submitted, it appears to have been filed by

mistake, as it is a document for a different matter, *The Barry White Family Trust U/A/D:*

*December 19, 1980, By its Duly Empowered Trustees v. Cooley et al*, Case No. 24-cv-

07509 (DLC).  Accordingly, the Clerk of Court is respectfully directed to terminate the

motion, Doc. 31.

It is SO ORDERED.


Dated:    January 9, 2026
          New York, New York

                                                        _____
                                                        EDGARDO RAMOS, U.S.D.J.