UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOORA D. ALSARIAA,

                    Plaintiff,

         *-against-*

NEW YORK JUNIOR FOR TENNIS
& LEARNING – PUBLIC SCHOOL
215,

                  Defendant.

**ORDER**

24-cv-04902 (ER)

RAMOS, D.J.

The Court is in receipt of a letter motion filed by New York Junior for Tennis & Learning - public school 215 ("NYJTL") on June 24, 2026 regarding subpoenas issued and depositions scheduled by Noora D. AlSariaa ("Ms. AlSariaa"). Doc. 80. The Court is also in receipt of two letters filed by Ms. AlSariaa on June 24, 2026 and June 25, 2026 regarding the same. Docs. 81, 82.

On June 24, 2026, NYJTL filed a letter stating its understanding that Ms. AlSariaa intends to conduct depositions on June 29 and 30, 2026. Doc. 80. NYJTL's counsel stated that he did not receive copies of the subpoenas issued, or proof of service. *Id.* NYJTL's counsel stated he did not intend to object to the depositions taking place, but advised that Ms. AlSariaa seeks to exclude NYJTL's participation in the depositions. *Id.* NYJTL requested permission to participate in the depositions and requested copies of the services of subpoenas, and details concerning when and where the depositions will be held. *Id.*

On June 24, 2026, Ms. AlSariaa filed a letter confirming that she will conduct depositions on June 29 and 30, 2026. Doc. 81. Ms. AlSariaa stated NYJTL objected to sharing documents

or information regarding the people now to be deposed, as NYJTL's counsel claimed they were not his clients. *Id.* Ms. AlSariaa requested that the Court prevent NYJTL from attending the depositions. *Id.*

On June 25, 2026, Ms. AlSariaa filed an additional letter requesting, among other things, that she be permitted to ask questions during the deposition without NYJTL's counsel's objections or instructions to deponents. Doc. 82. Ms. AlSariaa requested that NYJTL's counsel not sit next to the deponents, or represent Department of Education staff or NYJTL's former employees. *Id.* Ms. AlSariaa also requested the Court "conduct the deposition and ask the questions," as Ms. AlSariaa is not ready to conduct the depositions. *Id.*

Ms. AlSariaa is directed to provide counsel for NYJTL with copies of the subpoenas that were served, as well as the details concerning when and where the depositions will be held.

Counsel for NYJTL is permitted to attend the depositions. Per our Court's Civil Rule 30.3, a defendant in a civil action is permitted to attend the depositions of parties or witnesses.

The Court will not participate in the depositions.


SO ORDERED.

Dated:   June 25, 2026
         New York, New York

_____
         EDGARDO RAMOS, U.S.D.J.

2